THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Cynthia A. Lee**
*Assistant Corporation Counsel*
Phone: (212) 356-4389
cylee@law.nyc.gov

REQUEST GRANTED.

October 6, 2026

The Initial Pretrial Conference previously set for October 7, 2026 is rescheduled to October 20, 2026 at 10:00AM. The conference will proceed by telephone and parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

10/6/2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**By ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Wiznitzer v. City of New York City Department of Education
Civil Action No.: 26-cv-05715 (LJL)

Dear Judge Liman:

I am the Assistant Corporation Counsel who is assigned to represent Defendant New York City Department of Education ("DOE") in the above-captioned matter. Pursuant to the Court's order dated August 21, 2026, this matter is scheduled for an initial pretrial conference on October 7, 2026 at 3pm. In light of the Court's grant of Defendant's request for an extension of time to respond to the Complaint to October 19, 2026, I am respectfully requesting that the pretrial conference be adjourned to a date after October 19, 2026. Mr. Wiznitzer has graciously consented to this request.

I thank the Court for its consideration of this application and apologize for making this application the day before the scheduled appearance.

Respectfully Submitted,

/s/ Cynthia A. Lee

Cynthia A. Lee
Assistant Corporation Counsel

Cc: Seth Wiznitzer (Via First Class Mail, courtesy copy by email)
21 Ryder Road
Fair Lawn, NJ 07410